# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 91-cr-00252-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

RODNEY JUBILEE

       Defendant.

---

### ORDER ALLOWING DISCLOSURE OF THE PRESENTENCE REPORT AND SUPERVISED RELEASE VIOLATION REPORT, TO THE UNITED STATES PROBATION DEPARTMENT FOR THE SOUTHERN DISTRICT OF CALIFORNIA

---

      THIS MATTER is before the court upon request of Kelly Bonsavage, United States Probation Officer, Southern District of California, San Diego Division, for permission to review the Presentence and Supervised Release Violation Report prepared in the District of Colorado to assist her in preparation of their presentence report, Case Number 03:05CR01453-001.  Upon further review, the court

      ORDERS the Presentence Report and Supervised Release Violation Report prepared for this court be disclosed and that they not be copied or in any way disclosed beyond the scope of this order.

      DATED at Denver, Colorado, this   26th   day of January, 2006.

                                       BY THE COURT:

                                         s/Lewis T. Babcock
                                       Lewis T. Babcock
                                       Chief United States District Judge